BOWMAN AND BROOKE LLP
Brian Takahashi (SBN 146505)
Douglas J. Lief (SBN 240025)
879 West 190th Street, Suite 700
Gardena, CA 90248
TEL: 310.768.3068
FAX: 310.719.1019

Attorneys for Defendant, PORSCHE CARS NORTH AMERICA, INC.



JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| TOP GUN, LTD,<br><br>Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendant. | Case No. CV10-00619-JST (MANx)<br>ORDER ON<br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT:**<br><br>Action Filed: January 28, 2010<br>Trial Date: October 26, 2010<br>Disc. Cut-Off: July 26, 2010 |

IT IS HEREBY STIPULATED, by and among plaintiff Top Gun, LTD, and defendant Porsche Cars North America, Inc. through their designated counsel, that plaintiff's Complaint in the above-entitled action be and hereby is dismissed, with prejudice, pursuant to FRCP Rule 41(a)(1) as to all defendants and the entire action. All parties to bear their own respective costs and fees.

1     IT IS FURTHER STIPULATED that this Stipulation may be executed
2 in counterparts and that facsimile signatures will be accepted.

3

4 Dated: October ___, 2010     Law Offices of Ernest J. Franceschi, Jr.
                                                  A Law Corporation

By: _____
     Ernest J. Franceschi, Jr.
     Attorney for Plaintiff, Top Gun, LTD

Dated: October ___, 2010     BOWMAN AND BROOKE LLP

By: _____
     Brian Takahashi
     Douglas J. Lief
     Attorneys for Defendant,
     Porsche Cars North America, Inc.

**ORDER**

**IT IS SO ORDERED.**

DATED: OCT -6 2010

_____
District Judge     **JOSEPHINE STATON TUCKER**